# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Cathy Bashaw, et al.

                Plaintiff,

v.                               Case No.: 3:19−cv−00843

Nissan North America, Inc., et al.

                Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 87) of Frederick J. Klorczyk, III is GRANTED.

s/ Kirk L. Davies, Clerk of Court