# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE: NISSAN NORTH AMERICA, | ) | NO. 3:19-cv-00843 |
| INC. LITIGATION | ) | |
| | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |

## ORDER

Pending before the Court is a Notice of Voluntary Dismissal by the Plaintiffs as to Plaintiff Cathy Bashaw (Doc. No. 112). The Plaintiffs cite Fed. R. Civ. P. 41, but that rule applies to the dismissal of actions, not only some claims or parties. The Court construes the Motion as a motion to nonsuit Plaintiff Bashaw's claims and thereby be removed from this action. Accordingly, pursuant to Fed. R. Civ. P. 21, the Court **DISMISSES** Plaintiff Cathy Bashaw from this action.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE