# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re Nissan North America, Inc. Litigation | Case No. 3:19-00843<br><br>District Judge William L. Campbell, Jr.<br><br>Magistrate Judge Chip Frensley |

## JOINT STATUS REPORT CONCERNING ESI DISCOVERY

Pursuant to Section I of the Initial Case Management Order (ICMO) (ECF #118), the parties respectfully submit the following Joint Status Report Concerning ESI Discovery:

1. As indicated in the ICMO, the parties are "working together on e-discovery and negotiating any needed revisions to Administrative Order No. 174-1."

2. The Parties met about Administrative Order No. 174-1 by the deadline provided in the ICMO, and have agreed that no modifications of Administrative Order No. 174-1 are necessary at this time.

3. Consistent with paragraph 7 of Administrative Order No. 174-1, the parties are continuing discussions about the format of production. On February 5, 2010, Plaintiffs proposed a detailed protocol intended to provide guidance concerning the format of production with the stated intent to minimize any production-related disputes that might require the Court's intervention. NNA is in the process of evaluating the protocol provided by Plaintiffs.

1

**APPROVED FOR ENTRY:**

| | |
|---|---|
| *s/ Michael L. Murphy*<br>Benjamin L. Bailey<br>Jonathan D. Boggs<br>Michael L. Murphy<br>Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>bbailey@baileyglasser.com<br>jboggs@baileyglasser.com<br>mmurphy@baileyglasser.com<br><br>J. Gerard Stranch, IV (BPR 23045)<br>Benjamin A. Gastel (BPR 28699)<br>Branstetter, Stranch & Jennings PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>(615) 254-8801<br>gerards@bsjfirm.com<br>ben@bsjfirm.com<br><br>Joel Dashiell Smith<br>Lawrence Timothy Fisher<br>Frederick J. Klorczyk, III<br>BURSOR & FISHER, P.A.<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, California 94596<br>jsmith@bursor.com<br>ltfisher@bursor.com<br>fklorczyk@bursor.com<br><br>H. Clay Barnett, III<br>W. Daniel Miles, III<br>BEASLEY, ALLEN, CROW,<br> METHVIN, PORTIS & MILES, P.C.<br>218 Commerce Street<br>P.O. Box 4160<br>Montgomery, Alabama 36104<br>Clay.barnett@beasleyallen.com<br>Dee.miles@beasleyallen.com | *s/ Brigid M. Carpenter*<br>Brigid M. Carpenter (BPR No. 18134)<br>BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>211 Commerce Street, Suite 800<br>Nashville, Tennessee 37201<br>(615) 726-7341<br>bcarpenter@bakerdonelson.com<br><br>E. Paul Cauley, Jr.<br>S. Vance Wittie<br>DRINKER, BIDDLE & REATH, LLP<br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201<br>Paul.cauley@dbr.com<br>Vance.wittie@dbr.com<br><br>Paul Jeffrey Riehle<br>Matthew Jacob Adler<br>DRINKER BIDDLE REATH LLP<br>Four Embarcadero Center, 27th Floor<br>San Francisco, California 94111<br>Matthew.adler@dbr.com<br>Paul.riehle@dbr.com<br><br>*Attorneys for Defendants Nissan North America, Inc. and Nissan Motor Co., Ltd.* |

| | |
|---|---|
| Adam J. Levitt<br>John E. Tangren<br>DICELLO LEVITT GUTZLER LLC<br>Ten North Dearborn Street, Eleventh Floor<br>Chicago, Illinois 60602<br>alevitt@dicellolevitt.com<br>jtangren@dicellolevitt.com<br><br>*Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on counsel for the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Jaimie Mak
Richman Law Group
81 Prospect Street
Brooklyn, NY 11201
jmak@richmanlawgroup.com

Daniel A. Schlanger
Law Group LLP
9 East 40th Street
Suite 1300
New York, New York 10016
dschlanger@conumerprotection.net

Joel Dashiell Smith
Lawrence Timothy Fisher
Frederick J. Klorczyk, III
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, California 94596
jsmith@bursor.com
ltfisher@bursor.com
fklorczyk@bursor.com

3

H. Clay Barnett, III
W. Daniel Miles, III
James Mitchell Williams
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
Clay.barnett@beasleyallen.com
Dee.miles@beasleyallen.com
mitch.williams@beasleyallen.com

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Dicello Levitt & Casey LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dlcfirm.com

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
223 Rose L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gerards@bsjfirm.com

Benjamin L. Bailey
Jonathan D. Boggs
Michael L. Murphy
Bailey Glasser LLP
209 Capitol Street
Charleston, West Virginia 25301
bbailey@baileyglasser.com
jboggs@baileyglasser.com
mmurphy@baileyglasser.com

this 14th day of February, 2020.

                                                        *s/ Brigid Carpenter*
                                                        Brigid Carpenter