UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re Nissan North America, Inc. Litigation | Case No. 3:19-00843<br><br>District Judge William L. Campbell, Jr.<br><br>Magistrate Judge Chip Frensley |

## ORDER GRANTING MOTION TO EXTEND BRIEFING DEADLINE

Defendants have filed an unopposed motion for an extension of the deadline by which they must file a response to Plaintiff's Motion for Leave to Amend. (Dkt. 132).

The Court finds that Defendants' motion is well-taken and is therefore GRANTED. Defendants shall file their responsive pleading on or before June 19, 2020 and Plaintiffs shall file their reply on or before June 30, 2020.

IT IS SO ORDERED.

_____
United States Magistrate Judge