# EXHIBIT A

**STATES - PLAINTIFFS - VEHICLES**

**PROPOSED 1ST AMENDED CONSOLIDATED COMPLAINT**

| CLAIMS | CALIFORNIA | FLORIDA | MASSACHUSETTS | MISSOURI | PENNSYLVANIA | TEXAS | NEW YORK | FLORIDA | GEORGIA | ILLINOIS | MICHIGAN | MISSISSIPPI | MISSOURI | NORTH CAROLINA | NEW JERSEY | OHIO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Robert Garneau | Courtney Johnson / Rhonda Perry | David Turner | Scott and Jane Reeves | Jeff Olkowski | Vaughn Kerkorian | Nancy Housell / Lisa Hendrickson | Morela Jova | Kimberly Wright | Todd Burrows | Roger Brueckman | Mary Danner | Hosea Bartlett | Aurelia Fowler | John Hartwell | Keith Huddleston |
| | 2018 Murano | 2018 Rogue Sport / 2018 Murano | 2017 Rogue Sport | 2017 Rogue | 2018 Rogue | 2018 Rogue | 2018 Rogue | 2018 Rogue | 2018 Sentra | 2017 Rogue | 2018 Maxima | 2018 Sentra | 2017 Murano | 2019 Pathfinder | 2016 Altima | 2018 Sentra |
| Fraudulent Omission | | | | | | | | | | | | | | | | |
| Breach of Express Warranty | | | | | | | | | | | | | | | | |
| Breach of Implied Warranty | | | | | | | | | | | | | | | | |
| Magnuson-Moss Warranty Act | | | | | | | | | | | | | | | | |
| Unjust Enrichment | | | | | | | | | | | | | | | | |
| California CLRA | | | | | | | | | | | | | | | | |
| California UCL | | | | | | | | | | | | | | | | |
| Florida Deceptive and Unfair Trade Practices Act | | | | | | | | | | | | | | | | |
| Massachusetts Consumer Protection Act, Chapter 93A | | | | | | | | | | | | | | | | |
| Missouri Merchandising Practices Act | | | | | | | | | | | | | | | | |
| New York Deceptive Acts of Practices, GBL §349 | | | | | | | | | | | | | | | | |
| Pennsylvania's Trade Practices and Consumer Protection Law | | | | | | | | | | | | | | | | |
| Georgia's Fair Business Practices Act | | | | | | | | | | | | | | | | |
| Illinois Consumer Fraud and Deceptive Business Practices Act | | | | | | | | | | | | | | | | |
| Michigan Consumer Protection Act | | | | | | | | | | | | | | | | |
| North Carolina Unfair and Deceptive Trade Practices Act | | | | | | | | | | | | | | | | |
| New Jersey Consumer Fraud Act | | | | | | | | | | | | | | | | |
| Ohio Consumer Sales Practices Act | | | | | | | | | | | | | | | | |
| Texas Deceptive Trade Practices Act | | | | | | | | | | | | | | | | |

Row group labels (left margin): CURRENT CONSOLIDATED COMPLAINT; PROPOSED 1ST AMENDED CONSOLIDATED COMPLAINT