# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re Nissan North America, Inc. Litigation | Case No. 3:19-00843 <br><br> District Judge William L. Campbell, Jr. <br><br> Magistrate Judge Chip Frensley |

## DECLARATION OF E. PAUL CAULEY, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO AMEND COMPLAINT

I, E. Paul Cauley, Jr. do hereby declare as follows:

1. I am over 21 years of age. This declaration is based upon my personal knowledge of the facts stated herein, or information gathered in the ordinary course of my job responsibilities. I am competent in all respects to give the testimony contained herein and, if called and sworn as a witness, I could testify to these facts. I make this declaration in support of the Opposition of Nissan North America ("NNA") and Nissan Motor Co., Ltd. ("NML") to Plaintiffs' Motion to Amend Complaint.

2. To date, NNA has been served with and responded to 13 Interrogatories, 113 Requests for Production, and 12 Requests for Admissions.

3. To date, NML has been served with and responded to 14 Interrogatories, 120 Requests for Production, and 29 Requests for Admissions.

4. To date, NNA has produced almost 15,000 pages of documents in response to Plaintiffs' discovery requests. Additional responsive documents have been gathered and are in the process of being reviewed and processed for production.

5. NML has produced just under 750 pages in response to Plaintiffs' discovery requests. Additional responsive documents have been gathered and are in the process of being reviewed and processed for production.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2020.

_E. Paul Cauley Jr. (signature)_

E. Paul Cauley Jr.

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Declaration was served on counsel for the parties listed below via electronic service:

| | |
|---|---|
| Joel Dashiell Smith<br>Frederick J. Klorczyk, III<br>Lawrence Timothy Fisher<br>**Bursor & Fisher, P.A.**<br>1900 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: jsmith@bursor.com<br>      fklorczyk@bursor.com<br>      ltfisher@bursor.com | Benjamin L. Bailey<br>Jonathan David Boggs<br>Michael L. Murphy<br>**Bailey Glasser LLP** 209<br>Capitol Street<br>Charleston, WV 25301-1386<br>Telephone: (304) 345-6555<br>Facsimile: (304) 342-1110 Email:<br>bbailey@baileyglasser.com<br>      jboggs@baileyglasser.com<br>      mmurphy@baileyglasser.com |
| Adam J. Levitt<br>John E. Tangren<br>Daniel R. Ferri<br>**Dicello Levitt & Casey LLC**<br>Ten North Dearborn Street, Eleventh Floor<br>Chicago, Illinois 60602<br>Tel: (312) 214-7900<br>Email: alevitt@dlcfirm.com<br>      jtangren@dlcfirm.com<br>      dferri@dlcfirm.com | H. Clay Barnett, III<br>Wilson Daniel "Dee" Miles, III<br>J. Mitch Williams<br>**Beasley, Allen, Crow, Methvin, Portis and Miles, P.C.**<br>218 Commerce Street<br>Montgomery, AL 36104<br>Telephone: (334) 269-2343<br>Facsimile: (334) 954-7555<br>Email: clay.barnett@beasleyallen.com<br>      dee.miles@beasleyallen.com<br>      mitch.williams@beasleyallen.com |
| Jaimie Mak<br>**Richman Law Group**<br>81 Prospect Street<br>Brooklyn, NY 11201<br>Telephone: (718) 705-4579<br>Facsimile: (718) 228-8522<br>Email: jmak@richmanlawgroup.com | Jeffrey Kaliel, Esq.<br>**Kaliel PLLC**<br>1875 Connecticut Avenue NW, 10th Floor<br>Washington, DC 20009<br>Tel: (202) 350-4783<br>Email: jkaliel@kalielpllc.com |
| Daniel Adam Schlanger<br>**Schlanger Law Group LLP**<br>9 East 40th Street, Suite 130<br>New York, NY 10016<br>Telephone: (212) 500-6114<br>Email: dschlanger@consumerprotection.net | J. Gerard Stranch, IV<br>Benjamin A. Gastel<br>**Branstetter, Stranch & Jennings, PLLC**<br>223 Rose L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>Telephone: (615) 254-8801<br>gerards@bsjfirm.com<br>beng@bsjfirm.com |

this 19th day of June, 2020.

                                        *s/ Brigid Carpenter*
                                        Brigid Carpenter

- 3 -

ACTIVE.124487856.01
4852-1391-5840 v1
2824779-000197 06/19/2020

Case 3:19-cv-00843　Document 137　Filed 06/19/20　Page 3 of 3 PageID #: 420