# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re Nissan North America, Inc. Litigation | Case No. 3:19-00843<br><br>District Judge William L. Campbell, Jr.<br><br>Magistrate Judge Chip Frensley |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONDING TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Defendants, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), move this Court for an extension of time in which to file a response to Plaintiffs' First Amended Consolidated Class Action Complaint ("FACCAC") [Dkt. 148]. Defendants seek an extension of 15 days from October 22, 2020, (the date included in the Court's Order granting Plaintiffs leave to amend [Doc. 147]), making Defendants' response due on or before November 6, 2020. Plaintiffs do not oppose Defendants' request for additional time.

As grounds for this motion, Defendants state that the FACCAC involves 17 plaintiffs and the laws of 14 different states, with several causes of action alleged under each specific state's laws.[1] Defendants request additional time to analyze and respond to the myriad allegations contained in the 336 paragraphs of the FACCAC. In light of Plaintiffs' agreement to the requested extension, Defendants submit that the extension will not prejudice any party nor cause any significant delay in the proceedings.

---

[1] For a comprehensive list of the states and vehicle models involved in this action, see Exhibit A to Defendants' Opposition to Plaintiffs' Motion for Leave to File First Amended Consolidated Class Action Complaint [Doc. 136-1].

Based on the foregoing, Defendants move the Court for an extension until November 6, 2020 to respond to Plaintiffs' First Amended Consolidated Class Action Complaint.

Dated: October 2, 2020

Respectfully submitted,

*s/ Brigid. M. Carpenter*
Brigid M. Carpenter (BPR No. 18134)
Anthony F. Schlehuber (BPR No. 37334)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-7341
bcarpenter@bakerdonelson.com
aschlehuber@bakerdonelson.com

E. Paul Cauley, Jr.
S. Vance Wittie
DRINKER, BIDDLE & REATH, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201
paul.cauley@dbr.com
vance.wittie@dbr.com

Paul Jeffrey Riehle
Matthew Jacob Adler
DRINKER, BIDDLE REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
matthew.adler@dbr.com
paul.riehle@dbr.com

*Attorneys for Defendants Nissan North America, Inc. and Nissan Motor Co., Ltd.*

# CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Motion for Extension was served on counsel for the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Jaimie Mak
RICHMAN LAW GROUP
81 Prospect Street
Brooklyn, NY 11201
jmak@richmanlawgroup.com

Kim E. Richman
RICHMAN LAW GROUP
8 West 126th Street
New York, NY 10027
krichman@richmanlawgroup.com

Daniel A. Schlanger
 LAW GROUP LLP
9 East 40th Street
Suite 1300
New York, NY 10016
dschlanger@conumerprotection.net

Joel Dashiell Smith
Lawrence Timothy Fisher
Frederick J. Klorczyk, III
BURSOR & FISHER, P.A.
1990 North California Boulevard
Suite 940
Walnut Creek, CA 94596
jsmith@bursor.com
ltfisher@bursor.com
fklorczyk@bursor.com

H. Clay Barnett, III
W. Daniel Miles, III
James Mitchell Williams
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36104
clay.barnett@beasleyallen.com
dee.miles@beasleyallen.com
mitch.williams@beasleyallen.com

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, IL 60602
alevitt@dlcfirm.com
jtangren@dlcfirm.com
dferri@dlcfirm.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
gerards@bsjfirm.com
beng@bsjfirm.com

Benjamin L. Bailey
Jonathan D. Boggs
Michael L. Murphy
BAILEY GLASSER LLP
209 Capitol Street
Charleston, WV 25301
bbailey@baileyglasser.com
jboggs@baileyglasser.com
mmurphy@baileyglasser.com

Lynn A. Toops
Lisa M. LaFornara
Cohen & Malad, LLP
One Indiana Suqare
Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com


this 2nd day of October, 2020.

                                             *s/ Brigid M. Carpenter*
                                             Brigid M. Carpenter

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re Nissan North America, Inc. Litigation | Case No. 3:19-00843<br><br>District Judge William L. Campbell, Jr.<br><br>Magistrate Judge Chip Frensley |

## [PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Defendants have filed an unopposed motion for an extension of the deadline by which they must file responses to Plaintiff's First Amended Consolidated Class Action Complaint [Doc. 148].

The Court finds that Defendants' motion is well-taken and is therefore GRANTED. Defendants shall file their responsive pleadings to the First Amended Consolidated Class Action Complaint on or before November 6, 2020.

IT IS SO ORDERED.

_____
United States Magistrate Judge