UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: Nissan North America, Inc. Litigation<br><br>LAKEITA KEMP, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>  v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD.<br><br>              Defendants. | Case No.: 3:19-cv-00843<br><br>Case No.: 3:19-cv-00854<br><br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffrey S. Frensley |

## (STIPULATED) NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marry Danner hereby dismisses all her claims in this action without prejudice.

Dated: April 20, 2021                                                        Respectfully submitted,

| | |
|---|---|
| By: */s/ Brigid. M. Carpenter*<br>Brigid M. Carpenter (BPR No. 18134)<br>Anthony F. Schlehuber (BPR No. 37334)<br>**BAKER, DONELSON, BEARMAN,**<br>**CALDWELL & BERKOWITZ, P.C.**<br>211 Commerce Street, Suite 800<br>Nashville, Tennessee 37201<br>Tel:  (615) 726-7341<br>bcarpenter@bakerdonelson.com<br>aschlehuber@bakerdonelson.com<br><br>E. Paul Cauley, Jr.<br>S. Vance Wittie<br>**FAEGRE DRINKER BIDDLE**<br>**& REATH LLP**<br>1717 Main Street, Suite 5400 | By: */s/ J. Gerard Stranch, IV*<br>J. Gerard Stranch, IV (BPR 23045)<br>Benjamin A. Gastel (BPR 28699)<br>**BRANSTETTER, STRANCH &**<br>**JENNINGS PLLC**<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>Tel: (615) 254-8801<br>gerards@bsjfirm.com<br>beng@bsjfirm.com<br><br>L. Timothy Fisher, *pro hac vice*<br>Joel D. Smith, *pro hac vice*<br>Frederick J. Klorczyk III, *pro hac vice*<br>**BURSOR &FISHER, P.A.**<br>1990 North California Boulevard, Suite 940 |

| | |
|---|---|
| Dallas, Texas 75201<br>Tel: (469) 357-2503<br>paul.cauley@faegredrinker.com<br>vance.wittie@faegredrinker.com<br><br>Paul Jeffrey Riehle<br>Matthew Jacob Adler<br>**FAEGRE DRINKER BIDDLE**<br>**& REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, California 94111<br>Tel: (415) 591-7521<br>matthew.adler@faegredrinker.com<br>paul.riehle@faegredrinker.com<br><br>***Counsel for Defendants Nissan North America, Inc. and Nissan Motor Co., Ltd.*** | Walnut Creek, California 94596<br>Tel: (925) 300-4455<br>ltfisher@bursor.com<br>jsmith@bursor.com<br>fklorczyk@bursor.com<br><br>W. Daniel "Dee" Miles, III, *pro hac vice*<br>H. Clay Barnett, III, *pro hac vice*<br>J. Mitch Williams, *pro hac vice*<br>**BEASLEY, ALLEN, CROW, METHVIN,**<br>**PORTIS & MILES, P.C.**<br>272 Commerce Street<br>Montgomery, Alabama 36104<br>Tel: (334) 269-2343<br>dee.miles@beasleyallen.com<br>clay.barnett@beasleyallen.com<br>mitch.williams@beasleyallen.com<br><br>Adam J. Levitt, *pro hac vice*<br>John E. Tangren, *pro hac vice*<br>Daniel R. Ferri, *pro hac vice*<br>**DICELLO LEVITT GUTZLER LLC**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel: (312) 214-7900<br>alevitt@dicellolevitt.com<br>jtangren@dicellolevitt.com<br>dferri@dicellolevitt.com<br><br>Benjamin L. Bailey, *pro hac vice*<br>Jonathan D. Boggs, *pro hac vice*<br>Michael L. Murphy, *pro hac vice*<br>**BAILEY GLASSER LLP**<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>Tel: (304) 345-6555<br>bbailey@baileyglasser.com<br>jboggs@baileyglasser.com<br>mmurphy@baileyglasser.com<br><br>Daniel A. Schlanger, *pro hac vice*<br>**SCHLANGER LAW GROUP, LLP**<br>9 East 40th Street, Suite 1300<br>New York, New York 10016<br>Tel: (212) 250-6114<br>dschlanger@consumerprotection.net |

|  | *Counsel for Plaintiffs and the Proposed Class* |
|--|--|

# **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on counsel for the parties listed below who have consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Jaimie Mak
**RICHMAN LAW GROUP**
81 Prospect Street
Brooklyn, New York 11201
jmak@richmanlawgroup.com

Kim E. Richman
**RICHMAN LAW GROUP**
8 West 126th Street
New York, New York 10027
krichman@richmanlawgroup.com

Lynn A. Toops
Lisa M. La Fornara
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

Brigid M. Carpenter
Anthony F. Schlehuber
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
bcarpenter@bakerdonelson.com
aschlehuber@bakerdonelson.com

E. Paul Cauley, Jr.
S. Vance Wittie
Jude T. Hickland
**FAEGREDRINKER BIDDLE
& REATH LLP**
1717 MainStreet, Suite 5400
Dallas, Texas 75201
paul.cauley@faegredrinker.com
vance.wittie@faegredrinker.com
jude.hickland@faegredrinker.com

Jessica L. Brennan
**FAEGRE DRINKER BIDDLE
& REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Jessica.brennan@baegredrinker.com

Paul Jeffrey Riehle
Matthew Jacob Adler
**FAEGRE DRINKER BIDDLE
& REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
matthew.adler@faegredrinker.com
paul.riehle@faegredrinker.com

this 20th day of April, 2021.

                                                                    */s/ J. Gerard Stranch, IV*
                                                                     J. Gerard Stranch, IV