**EXHIBIT A**

| | |
|---|---|
| 1 | PAUL J. RIEHLE (SBN 115199) |
| | Paul.Riehle@dbr.com |
| 2 | MATTHEW J. ADLER (SBN 273147) |
| | Matthew.Adler@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
| | Four Embarcadero Center, 27th Floor |
| 4 | San Francisco, California 94111-4180 |
| | Telephone: (415) 591-7500 |
| 5 | Facsimile: (415) 591-7510 |
| 6 | E. PAUL CAULEY, JR. (*pro hac vice*) |
| | Paul.Cauley@dbr.com |
| 7 | DRINKER BIDDLE & REATH LLP |
| | 1717 Main Street, Suite 5400 |
| 8 | Dallas, TX 75201-7367 |
| | Telephone: (469) 357-2500 |
| 9 | Facsimile: (469) 327-0860 |
| 10 | Attorneys for Defendant |
| | NISSAN NORTH AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHY BASHAW, ROBERT GARNEAU, NANCY HOUSELL, and JEFFREY OLKOWSKI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD,<br><br>Defendants. | Case No. 4:18-cv-07292-HSG<br>Case No. 4:18-cv-07815-HSG<br><br>**DEFENDANT NISSAN NORTH AMERICA, INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |
| VAUGHN KERKORIAN and DAVID TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD,<br><br>Defendants. | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NNA'S INITIAL DISCLOSURES

CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

Case 3:19-cv-00843   Document 272-1   Filed 11/14/22   Page 2 of 8 PageID #: 6280

97268629.2

Defendant Nissan North America, Inc. ("NNA"), by and through its undersigned counsel of record, hereby submits its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

**1. Scope of Disclosures**

In meeting the disclosure obligations of the Federal Rules of Civil Procedure, NNA reviewed the operative Complaints in the above-captioned actions to determine the claims alleged with particularity. The named Plaintiffs in *Bashaw* own or lease a 2017 model year Nissan Rogue, 2018 model year Nissan Rogues, and a 2018 model year Nissan Murano, and the named Plaintiffs in the *Kerkorian* case own or owned 2017 and 2018 model year Nissan Rogues and a 2017 model year Nissan Rogue Sport ("subject vehicles").

Because NNA has not completed its investigation in this case, and discovery has just commenced, it is probable that further discovery, independent investigation, and case analysis will supply additional facts, add new meaning to the known facts, or establish entirely new factual conclusions, all of which may make necessary additions to, changes in, and variations from the information contained within this disclosure. As necessary, NNA will supplement the disclosure in compliance with the Federal Rules of Civil Procedure.

**2. Persons with Discoverable Information to Support Claims or Defenses**

Depending on the ultimate issues deemed relevant to this case, there could be many NNA employees with discoverable information that NNA may use to support its claims or defenses. At this time, NNA identifies:

    a.    Martin Lambrecht
           Manager, Field Quality Investigations
           Nissan North America, Inc.
           610 Enon Springs Rd. East
           Smyrna, TN 37167

           Mr. Lambrecht is a Manager, Field Quality Investigations. He has knowledge of NNA's investigation and projects related to automatic emergency braking systems in the subject vehicles.

    b.    Selim Hammoud
           Director, Product Safety & Environmental
           Nissan North America, Inc.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NNA'S INITIAL DISCLOSURES - 2 -
CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

Case 3:19-cv-00843 Document 272-1 Filed 11/14/22 Page 3 of 8 PageID #: 6281
97268629.2

One Nissan Way
Franklin, TN 37067

      Mr. Hammoud is the Director, Product Safety & Environmental, Total Customer Satisfaction. He is responsible for Field Quality Assurance, Technical Compliance and Products Safety. His team manages field issues including campaigns, regulatory reporting for compliance to Safety Act and emissions as well advising Research and Development on vehicle safety trends and safety problems. Mr. Hammoud has knowledge of NNA's investigation into automatic emergency braking systems in the subject vehicles.

    c.    Tom Cole
        Senior Manager, Field Quality Investigations
        Nissan North America, Inc.
        610 Enon Springs Rd. East
        Smyrna, TN 37167

      Mr. Cole has worked with Nissan's Field Quality Investigations group. He has knowledge of NNA's investigation and projects related to automatic emergency braking systems in the subject vehicles.

Other individuals may be identified after investigation and discovery have progressed, and NNA will supplement this response in accordance with the requirements set forth in the Local Rules and the Federal Rules of Civil Procedure.

Based on information learned to date, NNA also identifies Plaintiffs Cathy Bashaw, Robert Garneau, Nancy Housell, Jeffrey Olkowski, Vaughn Kerkorian, and David Turner as persons who may have discoverable information used to support its claims and defenses. Plaintiffs' specific knowledge is unknown to NNA at this time.

**3.**    **Damages**

NNA is not claiming damages at this time.

**4.**    **Insurance Agreements**

No known applicable policies.

**5.**    **Documents**

NNA identifies the following categories of documents, data compilations and tangible things that may be used to respond to Plaintiffs' claims or support NNA's defenses:

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NNA'S INITIAL DISCLOSURES - 3 - CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

Case 3:19-cv-00843   Document 272-1   Filed 11/14/22   Page 4 of 8 PageID #: 6282

97268629.2

(a) Owner's Manuals for 2017-2018 model year Nissan Rogue and Rogue Sport vehicles and for 2018 model year Nissan Murano vehicles sold in the United States;

(b) Product brochures for 2017-2018 model year Nissan Rogue and Rogue Sport vehicles and for 2018 model year Nissan Murano vehicles sold in the United States;

(c) Warranty booklets for 2017-2018 model year Nissan Rogue and Rogue Sport vehicles and for 2018 model year Nissan Murano vehicles sold in the United States;

(d) Sales and service history records, to the extent any exists, for Plaintiffs' subject vehicles;

(e) Excerpts of service manuals that pertain to forward emergency braking or automatic emergency braking in 2017-2019 model year Nissan Rogue and Rogue Sport vehicles and in 2015-2019 model year Nissan Murano vehicles manufactured and distributed in the United States by NNA;

(f) Warranty and consumer affairs data, to the extent any exists, for Plaintiffs' subject vehicles;

(g) Technical Service Bulletins related to forward emergency braking or automatic emergency braking in 2017-2018 model year Nissan Rogue and Rogue Sport vehicles and in 2015-2018 model year Nissan Murano vehicles; and

(h) Project Files and related field investigation reports related to forward emergency braking or automatic emergency braking in 2017-2018 model year Nissan Rogue and Rogue Sport vehicles and in 2015-2018 model year Nissan Murano vehicles.

///
///
///
///
///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NNA'S INITIAL DISCLOSURES - 4 -

CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

Case 3:19-cv-00843   Document 272-1   Filed 11/14/22   Page 5 of 8 PageID #: 6283

97268629.2

| | | |
|---|---|---|
| 1 | Dated: March 12, 2019 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | By: /s/ Paul Riehle |
| | | Paul J. Riehle |
| 4 | | E. Paul Cauley, Jr. (*pro hac vice*) |
| | | Matthew J. Adler |
| 5 | | |
| 6 | | Attorneys for Defendant |
| | | NISSAN NORTH AMERICA, INC. |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NNA'S INITIAL DISCLOSURES — 5 —
CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

97268629.2

Case 3:19-cv-00843   Document 272-1   Filed 11/14/22   Page 6 of 8 PageID #: 6284

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, Four Embarcadero Center, 27th Floor, San Francisco, California 94111.

On March 12, 2019, I served the foregoing document described as: **DEFENDANT NISSAN NORTH AMERICA, INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** on the interested parties in this action as follows:

## SEE SERVICE LIST

__X__ **By electronic service**: by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

__X__ (Federal) I declare that I am employed by a member of the bar of this court under whose direction these documents were served.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on March 12, 2019, at San Francisco, California.

*Sylvia Lee*
Sylvia Lee

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE

CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

Case 3:19-cv-00843   Document 272-1   Filed 11/14/22   Page 7 of 8 PageID #: 6285

# SERVICE LIST

Case No. 4:18-cv-07292-HSG
Case No. 4:18-cv-07815-HSG

| | |
|---|---|
| Joel Dashiell Smith<br>Frederick J. Klorczyk, III<br>Lawrence Timothy Fisher<br>**Bursor & Fisher, P.A.**<br>1900 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: jsmith@bursor.com<br>    fklorczyk@bursor.com<br>    ltfisher@bursor.com | Benjamin L. Bailey<br>Jonathan David Boggs<br>Michael L. Murphy<br>**Bailey Glasser LLP**<br>209 Capitol Street<br>Charleston, WV 25301-1386<br>Telephone: (304) 345-6555<br>Facsimile: (304) 342-1110<br>Email: bbailey@baileyglasser.com<br>    jboggs@baileyglasser.com<br>    mmurphy@baileyglasser.com |
| Daniel Adam Schlanger<br>**Schlanger Law Group LLP**<br>9 East 40th Street, Suite 130<br>New York, NY 10016<br>Telephone: (212) 500-6114<br>Email: dschlanger@consumerprotection.net | H. Clay Barnett, III<br>Wilson Daniel Miles, III<br>**Beasley, Allen, Crow, Methvin, Portis and Miles, P.C.**<br>218 Commerce Street<br>Montgomery, AL 36104<br>Telephone: (334) 269-2343<br>Facsimile: (334) 954-7555<br>Email: clay.barnett@beasleyallen.com<br>    dee.miles@beasleyallen.com |
| Jaimie Mak<br>**Richman Law Group**<br>81 Prospect Street<br>Brooklyn, NY 11201<br>Telephone: (718) 705-4579<br>Facsimile: (718) 228-8522<br>Email: jmak@richmanlawgroup.com | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE - 2 - CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

Case 3:19-cv-00843   Document 272-1   Filed 11/14/22   Page 8 of 8 PageID #: 6286