# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: Nissan North America, Inc. Litigation | Case No.: 3:19-cv-00843 |
| LAKEITA KEMP, individually and on behalf of all others similarly situated, Plaintiff, v. NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD., Defendants, | Case No.: 3:19-cv-00854 |
| Bereda, et. al, individually and on behalf of all others similarly situated, Plaintiffs, v. NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD., Defendants, | Case No.: 3:22-cv-00098<br><br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffrey S. Frensley |

### DECLARATION OF BRYAN D. PASCIAK
### IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS'
### MOTION TO STRIKE TESTIMONY OF SATORU YAHAGI

I, Bryan D. Pasciak, do hereby declare as follows:

1. I am an attorney at the law firm of Faegre Drinker Biddle & Reath LLP, representing Defendants Nissan North America, Inc. ("NNA") and Nissan Motor Co., Ltd. ("NML") in this action (collectively, "Defendants"). I submit this Declaration in support of Defendants' Response to Plaintiffs' Motion to Strike Testimony of Satoru Yahagi. I have been involved in the defense of this action, am familiar with its proceedings, and have personal

knowledge of the matters set forth herein based upon my participation in this case. If called upon to testify as a witness, I would competently testify to them.

2. To date, 5,237 documents from Satoru Yahagi's custodial file were produced to Plaintiffs in this matter.

3. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from Defendant Nissan Motor Co., Ltd.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), which contains highlights added by counsel to draw the Court's attention to the relevant information.

4. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from Defendant Nissan Motor Co., Ltd.'s Objections and Responses to Plaintiffs' First Set of Interrogatories, which contains highlights added by counsel to draw the Court's attention to the relevant information.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a March 12, 2021 letter sent by counsel for Defendants, E. Paul Cauley, Jr., to counsel for Plaintiffs, H. Clay Barnett, III, which contains highlights added by counsel to draw the Court's attention to the relevant information.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from a May 10, 2021 letter sent by counsel for Plaintiffs, H. Clay Barnett, III, to counsel for Defendants, E. Paul Cauley, Jr., which contains highlights added by counsel to draw the Court's attention to the relevant information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 7, 2022.

/s/ Bryan D. Pasciak
Bryan D. Pasciak